FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29879
21-JUN-2012
08:25 AM

NO. 29879

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


G.Y., Plaintiff-Appellant/Cross-Appellee,
v.
B.Y., Defendant-Appellee/Cross-Appellant.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 05-1-2047)


ORDER OF CORRECTION
(By: Ginoza, J. for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order, filed on May 31, 2012, is hereby corrected as follows:

1. At page 1, in the seventh line of the caption, the court name "Circuit Court" is changed to "Family Court" so that the caption reads as follows:

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 05-1-2047)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, June 21, 2012.

FOR THE COURT:

Associate Judge

---

[1] Nakamura, C.J., Leonard and Ginoza, JJ.